# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Debbie Kuciver

                        Plaintiff,

v.                                                                 Case No.: 1:21−cv−00936
                                                                    Honorable John F. Kness

Nestle Healthcare Nutrition, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 6, 2021:

       MINUTE entry before the Honorable John F. Kness: Plaintiff's Agreed Motion for extension of time [12] is granted. Plaintiff's amended complaint must be filed on or before 9/1/2021. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.