United States District Court
Northern District of Illinois

1:21-cv-00936

Debbie Kuciver, individually and on behalf of all others similarly situated,

                Plaintiff,

          - against -

Nestlé Healthcare Nutrition, Inc.,

                Defendant

Notice of Voluntary Dismissal

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   August 19, 2021

                                              Respectfully submitted,

                                              Sheehan & Associates, P.C.

                                              /s/Spencer Sheehan
                                              Spencer Sheehan
                                              60 Cuttermill Rd Ste 409
                                              Great Neck NY 11021-3104
                                              Tel: (516) 268-7080
                                              Fax: (516) 234-7800
                                              spencer@spencersheehan.com

Certificate of Service

I certify that on August 19, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan